| | |
|---|---|
| 1 | Armando Villapudua, Esq., Bar No. 173945 |
| 2 | VILLAPUDUA & SOMERA |
| | 2431 W. March Lane, Suite 220 |
| 3 | Stockton, CA 95207 |
| | Telephone: (209) 956-1234 |
| 4 | Facsimile: (209) 478-4981 |
| 5 | Counsel for Defendant, LUIS NUNEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00155-MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO REMOVE DRUG TESTING CONDITION |
| LUIS NUNEZ, PABLO VARGAS, and GREGORIO NUNEZ, | Date: 05/11/2020 |
| | Time: 9:00 a.m. |
| Defendants. | Judge: Morrison C. England, Jr. |

**<u>STIPULATION</u>**

LUIS NUNEZ through his counsel, ARMANDO VILLAPUDUA, counsel for LUIS NUNEZ, and James Conolly, Assistant United States Attorney, ask to stipulate the following:

1. By previous order, the defendant, Luis Nunez was ordered to submit to drug testing.
2. Defendant Luis Nunez now moves to remove the drug testing condition.
3. The parties agree and stipulate, and request the Court order the following:
   a. Request the drug testing condition be removed, since defendant has been in compliance with the condition;
   b. The Government has agreed to the removal of the drug testing condition for Mr. Nunez.

**IT IS SO STIPULATED.**

DATED: February 26, 2020          McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ James Conolly
                                  By: JAMES CONOLLY
                                  Assistant U.S. Attorney


DATED: February 26, 2020          VILLAPUDA & SOMERA

                                  /s/ Armando Villapudua
                                  By: ARMANDO VILLAPUDUA
                                  Attorney for Luis Nunez

## **ORDER**

The previous order requiring the defendant to submit to drug testing is revoked; Defendants are no longer required to submit to drug testing.

IT IS SO ORDERED.

Dated: March 2, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE