Armando Villapudua, Esq., Bar No. 173945
Melissa I. Dougherty, Esq., Bar No. 303127
VILLAPUDUA & SOMERA, P.C.
2431 W. March Lane, Ste. 220
Stockton, CA 95207
Phone: (209) 956-1234
Fax: (209) 478-7981

Counsel for Defendant,
LUIS NUNEZ

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>LUIS NUNEZ,<br>PABLO VARGAS, and<br>GREGORIO NUNEZ,<br><br>             Defendants. | Case No.: 2:17-cr-00155-MCE<br><br>AMENDED STIPULATION TO CONTINUE SENTENCING; AND ORDER<br><br>Date: May 11, 2020<br>Time: 10:00 a.m.<br>Judge: Morrison C. England, Jr. |

**STIPULATION**

1.  By previous order, this matter was set for sentencing on May 11, 2020.

2.  By this stipulation, Defendant LUIS NUNEZ and the United States of America move to continue the sentencing until August 6, 2020.

3.  The parties agree and stipulate, and request that the Court find the following:

    a.   The Defendant was interviewed by the Federal Probation officer on  March 25, 2020.  The Defendant is collecting one more piece of information required for the financial section of the Presentence Report.  The probation officer needs additional time to prepare the Presentence Report as soon as the last details for the financials are obtained by the Defendant.

    b.   Counsel for Defendant believe that failure to grant the above-requested continuance would deny the Court, the defendant, and counsel, the benefit of the

1    Presentence Report.  Based on the above-stated findings, the ends of justice would be

2    best served by continuing the Sentencing as requested.

3        IT IS SO STIPULATED.

4    Dated:  April 27, 2020                    */s/ Armando Villapudua*

5                                              Armando Villapudua, Esq.
                                               VILLAPUDUA & SOMERA, P.C.
6                                              *Counsel for Defendant JUAN CHAVARRIA*

7    Dated:  April 27, 2020                    */s/ James Conolly*

8                                              James Conolly
                                               Assistant United States Attorney
9                                              *Counsel for Plaintiff UNITED STATES*

10                                    **ORDER**

11        The Court, having received, read, and considered the parties' stipulation, and good

12   cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It

13   specifically finds the failure to grant a continuance in this case would deny the Court, the

14   defendant, and counsel, the benefit of the Presentence Report.  Based on the above-stated

15   findings, the ends of justice would be best served by continuing the Sentencing as

16   requested.

17        IT IS SO ORDERED.

18   Dated:  May 1, 2020

19

20                                              MORRISON C. ENGLAND, JR.
                                                UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28